IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., : | | |
| Plaintiffs, : | | |
| : | | |
| v. : | CIVIL ACTION | |
| : | NO. 07-3705 | |
| JOSEPH ALBURGER, : | | |
| Defendant. : | | |
| : | | |

### ORDER

**AND NOW,** this 29th day of September, 2009, upon consideration of Plaintiffs' Motion for Summary Judgment [Doc. No.18], the Memorandum in Support with Exhibits [Doc. No. 19], and the initial pleadings in this case [Doc. Nos. 1, 5], it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendant is directed to pay minimum statutory damages in the amount of $18,750 and costs totaling $420.

It is **FURTHER ORDERED** that this Court is entering a permanent injunction declaring that Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Recordings and any sound recording, whether in existence now or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' recordings, to distribute (i.e., upload) any of Plaintiffs' recordings, or to make any of Plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

The Court hereby enters this judgment as a matter of law. The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**